1914.) Action by Benny Reiser against the Edison Electric Illuminating Company of Brooklyn. No opinion. Interlocutory judgment affirmed, with costs. See, also, 76 Misc. Rep. 563, 137 N. Y. Supp. 145.

REISS v. LEVY. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Sigmund Reiss against Sylvan Levy and Eli H. Bernheim. No opinion. Order affirmed, with $10 costs and disbursements.

In re RICH. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) In the matter of the application of Anna Ingersoll Rich for a peremptory writ of mandamus directing the Onondaga Chapter of Daughters of the American Revolution to reinstate her, etc. No opinion. Order affirmed, with costs.

ROBB, Respondent, v. ERRETT, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 9, 1914.) Action by Alexander Robb against Ann Errett, impleaded with others. A. Lamont, of New York City, for appellant. H. C. Smyth, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

ROBERTS v. MORTON & SONS CO. et al. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Frank J. Roberts, an infant, etc., against the Morton & Sons Company and another. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs.

ROBERTS v. ROBERTS. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Lucy C. Roberts against Theodore Roberts. No opinion. Motion to dismiss appeal denied, without costs. All proceedings on behalf of defendant to review the order of the Special Term are stayed until the defendant submits to the jurisdiction of the court. Matter of Meyer, 209 N. Y. 59, 102 N. E. 606. Order filed.

ROBINSON, Respondent, v. BINGHAMTON RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Edgar Robinson against the Binghamton Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re ROBINSON'S ESTATE. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) In the matter of the appraisal of the estate of Mary S. Robinson, deceased, under the acts in relation to the taxable transfers of property. No opinion. Order (80 Misc. Rep. 458, 142 N. Y. Supp. 456) of the Surrogate's Court of Westchester county affirmed, with costs, on the opinion of Sawyer, S.

ROCAFORTE, Respondent, v. MANHATTAN BRIDGE THREE-CENT LINE, Appellant. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Action by Angelina Rocaforte against the Manhattan Bridge Three-Cent Line. No opinion. Order of the County Court of Kings county, modified, by requiring plaintiff to pay $10 costs of the motion, and, as so modified, affirmed, without costs.

ROCHESTER HOTEL CORPORATION, Respondent, v. PROBST et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by the Rochester Hotel Corporation against Elizabeth Probst, as executrix, etc., of Herman Probst, and another. No opinion. Judgment and order affirmed, with costs.

ROCKAWAY HUNTING CLUB, Appellant, v. OAKLEY, Respondent. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by the Rockaway Hunting Club against Elizabeth L. Oakley. No opinion. Motion to resettle order granted, without costs. See, also, 144 N. Y. Supp. 1142.

ROSENBERG v. TRAVELERS' INS. CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by August Rosenberg against the Travelers' Insurance Company. No opinion. Application denied, with $10 costs. Order signed.

ROTHENBERG, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by August W. L. Rothenberg against Newton M. Collins.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, the same is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 143 App. Div. 957, 128 N. Y. Supp. 1144.

FOOTE, J., not sitting.

RUHM, Respondent, v. SPEIDEN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Herman D. Ruhm against Clement G. Speiden, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

SAKOFSKY v. CAMDEN FIRE ASS'N. (Supreme Court, Appellate Division, Third De-